IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | Criminal No. **3:21-CR-11-L** |
| **SURGICAL CARE AFFILIATES, LLC (1)** **SCAI HOLDINGS, LLC (2)** | § § | |

### ORDER

The court **vacates** the trial setting and pretrial deadlines in the court's July 8, 2021 order (Doc. 47) and will reset the trial and pretrial deadlines by separate order. By **March 4, 2022**, the parties shall file, for the court's consideration, a joint proposed order with agreed upon pretrial deadlines based on an anticipated trial date of **January 9, 2023**.

**It is so ordered** this 18th day of February, 2022.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**