UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No: 3:21-CR-00011-L |
| SURGICAL CARE AFFILIATES LLC (1) SCAI HOLDINGS LLC (2) | § § § | |

**ORDER**

Before the court is the parties' Joint Motion Regarding Case Schedule (Doc. 107), filed March 4, 2022, pursuant to this Court's February 18, 2022 order (Doc. 105). Upon consideration of the motion and the applicable law, and in accordance with the findings set forth below, the court determines that the motion should be and is hereby **granted**.

On February 18, 2022, the court vacated the trial setting and pretrial deadlines in its July 8, 2021 order (Doc. 47) in light of the significant number of outstanding pretrial motions, including the Defendants' pending motion to dismiss the indictment (Doc. 38), and their importance to the parties' preparation and strategy for trial. In order to give the court sufficient time to resolve the parties' motions, the court set a new anticipated trial date of January 9, 2023, during the telephonic conference on February 18, 2022. The court also ordered the parties to file for its consideration a joint proposed order with agreed-upon pretrial deadlines based on this new trial date.

In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(i), the court finds that the ends of justice served by resetting trial and granting the motion outweigh the best interest of the public and Defendants in a speedy trial. In this regard, the court has considered factors that indicate that failure to grant the motion would make the continuation of such proceeding impossible and result in a miscarriage of justice. Therefore, any period of delay resulting from the court's granting the motion and rescheduling trial shall be excluded in computing time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Order Resetting Case Schedule - Page 1

Accordingly, the following revised scheduling order is issued for this case:

**Expert Disclosures Deadline**: August 5, 2022, at 4:00 p.m.

**Proposed Jury Charges Deadline**: September 9, 2022, at 4:00 p.m.

**Motions in Limine Deadline**: September 9, 2022, at 4:00 p.m.

**Response to Motions in Limine Deadline**: September 23, 2022, at 4:00 p.m.

**Production of 18 U.S.C. § 3500 Material Deadline**: October 14, 2022, at 4:00 p.m.

**Exchange of Witness and Exhibit Lists Deadline**: October 14, 2022, at 4:00 p.m.

**Objections Exchanged Between Parties**: October 28, 2022, at 4:00 p.m.

**Rule 404(b) Notice Deadline**: November 4, 2022, at 4:00 p.m.

**Supplemental Motions in Limine (Only as Necessary) and Specific Objections to Exhibits Deadline**: November 15, 2022, at 4:00 p.m.

**Responses to Supplemental Motions in Limine (Only as Necessary) and Specific Objections to Exhibits Deadline**: December 1, 2022, at 4:00 p.m.

**Proposed Voir Dire Deadline**: December 9, 2022, at 4:00 p.m.

**Pretrial Conference**: to be scheduled by separate order at a later date.

**Trial Setting**: **January 9, 2023, at 9:00 a.m.**

**The Court's response-to-motion deadline is the date listed only if the motion is filed on the motion deadline; otherwise, the response should be filed in accordance with the Court's Local Rules of Criminal Procedure.**

All other portions of the Court's original Criminal Trial Scheduling Order remain in effect.

**It is so ordered**, this 8th day of March, 2022.

_____
Sam. A. Lindsay
United States District Court Judge